IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HEATHER DAVIS,

     Plaintiff,

v.                                     No. 1:24-cv-01146-JDB-tmp

MARTIN O'MALLEY, Commissioner
of Social Security,

     Defendant.

_____

ORDER DIRECTING PLAINTIFF TO SUPPLEMENT MOTION TO PROCEED IN FORMA
PAUPERIS
_____

Before the Court is the motion of the Plaintiff, Heather Davis, to proceed in forma pauperis in this matter.  (Docket Entry 2.)  The Court's review of the application, however, raises certain questions, listed below, which require clarification and/or additional information in order to assist the Court in making a ruling on the request.

First, there are dollar amounts for disability payments and public assistance in the second column under Question 1 for a spouse's average monthly income during the past twelve months that are identical to amounts listed in the first column for the applicant's average monthly income during the past twelve months.  Is this accurate?  Relatedly, the third and fourth columns of the same question contain all zeros.  Does Davis expect to receive no disability or public assistance payments in the next month?

Second, is the $1,071.00 disability payment listed in Question 1 the same payment Plaintiff refers to in her response to Question 11 as "the benefits [her] children draw off their deceased father's record?"  (*Id.* at PageID 8.)

2

Third, Davis's response to Question 8 reflects a monthly expense for rent in the amount of $1,400.00.  In response to Question 11, she states that her sister-in-law and niece assist her with "basic expenses."  (*Id.*)  How much, if anything, do these individuals contribute to payment of the rent on a monthly basis?

A supplemental filing responding to these issues must be filed within ten days of the entry of this order.  If no supplement is timely filed, the motion may be denied.

IT IS SO ORDERED this 18th day of July 2024.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE